No. 149. MIRANDA *v.* LUGO ET AL.—Apelación procedente de la Corte de Distrito de Ponce. Moción para que se desestime la apelación. Resuelto en junio 12, 1907. Desestimada la apelación por incumplimiento de los artículos 299 del Código de Enjuiciamiento Civil y 50 y 54 del Reglamento del Tribunal Supremo. Abogado del promovente: *Sr. Emigdio Ginorio.* Abogado de la parte contraria: *Sr. Llorens Torres.*